**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 5 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

GREGORY ALAN RAPERT,

    Plaintiff,

vs.

Civil Action No. _3:13-cv-00220JLH/STK_

WEPFER MARINE, INC.,

    Defendant.

This case assigned to District Judge _HOLMES_
and to Magistrate Judge _KEARNEY_

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Wepfer Marine, Inc. ("Wepfer"), hereby gives notice of the removal of this action, titled *Gregory Alan Rapert v. Wepfer Marine, Inc.*, bearing civil action number CV-2013-96-RP, form the Circuit Court of Mississippi County, Arkansas to the United States District Court for the Eastern District of Arkansas, Jonesboro Division.

### I. INTRODUCTION AND BACKGROUND

On September 12, 2013, Plaintiff Gregory Alan Raper ("Rapert"), filed his Complaint in the Circuit Court of Mississippi County, Arkansas against Defendant, Wepfer.  The Complaint seeks recovery under the Savings to Suitor's Clause of 28 U. S. C. §1333, asserts that admiralty and maritime jurisdiction exists, and claims also that Rapert has Arkansas State law claims arising from an alleged fall which Rapert, who was not an employee of Defendant, Wepfer, while aboard a barge alleged to have been towed by an inland river towboat owned or operated by Wepfer and negligently pushed into a dock, causing Rapert to be injured.  Plaintiff seeks to recover money damages "in an amount that exceeds the minimum monetary figures for the Federal Court Diversity Jurisdiction" according to his

Complaint.  Pursuant to 28 U.S.C. §1446(a), a true and legible copy of the Complaint is attached hereto as Exhibit "A."

2.      On or about September 14, 2013, Plaintiff served a copy of the Complaint and Summons on Defendant Wepfer.  Pursuant to 28 U.S.C. §1446(a), a true and legible copy of the Summons is attached hereto as Exhibit "B."

3.      This action is removable because this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332.  Plaintiff alleges to be a citizen of Arkansas and is diverse from the Defendant, Wepfer, which is incorporated pursuant to the laws of the State of Tennessee, with its principal place of business being in Memphis, Tennessee.

## II.   REMOVING THIS ACTION UNDER DIVERSITY JURISDICTION

4.      This action is removable to federal court because this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332.

5.      The parties to this case are completely diverse.

6.      Defendant Wepfer is a corporation organized and existing under the laws of the State of Tennessee, with is principal place of business in the State of Tennessee. Defendant Wepfer is, therefore, a citizen of the State of Tennessee.

7.      Plaintiff Rapert is a citizen of the State of Arkansas.

8.      The $75,000.00 amount in controversy requirement is satisfied as set forth in paragraph 11 of Plaintiff Rapert's Complaint and in the prayer wherein Plaintiff confesses that his claim "exceeds the monetary figure for federal court diversity."

## III.   PROCEDURAL REQUIREMENTS OF REMOVAL ARE SATISFIED

9.      Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed within

thirty (30) days after Defendant Wepfer received the Complaint and Summons.

10.    The Eastern District of Arkansas is the federal judicial district encompassing the Circuit Court of Mississippi County, Arkansas, Osceola District, where this suit was originally filed.  Venue is therefore proper in this district under 28 U.S.C. §1441(a).

11.    Defendant Wepfer is providing Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d).

12.    Pursuant to 28 U.S.C. §1446(d), Defendant Wepfer is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Mississippi County, Arkansas.

## JURY DEMAND

13.    Defendant hereby demands a trial by jury on all issues of the Complaint.

**WHEREFORE**, Defendant, Wepfer Marine, Inc., hereby gives notice that the above entitled state court action, formerly pending in the Circuit Court of Mississippi County, Arkansas, be removed to the United States District Court for the Eastern District of Arkansas, Jonesboro Division.

This the 11th day of October, 2013.

**JOEL J. HENDERSON, MSB #2264**
**HENDERSON DANTONE, PA.**
P. O. Box 778
Greenville, MS 38702
Telephone No. (662) 378-3400
Facsimile No.   (662) 378-3413
E-mail: jjh@hdpa.com

Attorney for Defendant, Wepfer Marine, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I, Joel J. Henderson, attorney for the Defendant, Wepfer Marine, Inc., hereby certify that on this, the 11th day of October, 2013, I mailed, via United States mail, postage prepaid, the foregoing to the following:

Phillip Wells, Esq.
*McDaniel & Wells, PA*
400 S. Main St.
Jonesboro, AR 72401

_____
Joel J. Henderson