IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
OSCEOLA DISTRICT
CIVIL DIVISION

GREGORY ALAN RAPERT     PLAINTIFF

vs. No. CV-2013-_96_-RP

WEPFER MARINE, INC.     DEFENDANT

FILED SEP 12 2013
DONNA HART
CLERK

## COMPLAINT

Comes the Plaintiff, Gregory Alan Rapert, by and through his attorneys McDaniel & Wells, P.A., and for his Complaint against the Defendant, states:

1. The Plaintiff, Gregory Alan Rapert, is a resident of Osceola, Mississippi County, Arkansas.

2. The Defendant, Wepfer Marine, Inc., has a home business office address in Memphis, Tennessee but also has a business address in Osceola, Mississippi County, Arkansas.

3. The incident and accident giving rise to this cause of action occurred on the Mississippi River, at the North dock of Osceola Riverport, in Mississippi County, Arkansas.

4. This Court has concurrent jurisdiction over the parties pursuant to the Savings to Suitors clause of the Judiciary Act of 1789 and concurrent Maritime and Admiralty jurisdiction, 28 U.S.C., § 1333, of this Maritime and Admiralty tort involving a hazard to maritime commerce arising out of an activity engaged in by the Defendant that bears a substantial relationship to traditional maritime activities, and also has jurisdiction over any Arkansas state law claims arising from the same incident and accident, and venue is properly fixed in the Osceola District of Mississippi County, Arkansas.

5. On or about September 13, 2011, Plaintiff Gregory Alan Rapert was working on a

MCDANIEL
• WELLS, P.A.
-ATTORNEYS-
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 932-5950
FAX (870) 932-0919

EXHIBIT A

grain barge navigating on the Mississippi River at the North Dock at Osceola Riverport, which barge was being pushed by a push boat, upon information and belief the M/V Lucy Wepfer owned by the Defendant and operated by an employee of the Defendant, when the Defendant's push boat traveling at an excessive rate of speed while pushing the barge caused the barge on which the Plaintiff was positioned at the top of a ladder or steps of the barge to negligently strike a fixed object which upon information and belief was a part of the dock, causing the Plaintiff to fall about 30 feet to the below deck of the barge.

6. The accident described herein was proximately caused by the negligence of the Defendant through the crew and pilot of its push boat, which included but is not limited to the following:

   a. Failing to exercise the necessary maritime skill in the safe operation of the push boat, a navigable vessel;

   b. Failing to exercise reasonable care under the circumstances;

   c. Failing to maintain a proper lookout;

   d. Failing to maintain proper control of the push boat and barge;

   e. Allowing an inadequately skilled and inadequately trained and experienced employee operate its push boat;

   f. Failing to have a competent crew on its push boat;

   g. Operating the push boat at an excessive speed under the circumstances;

   h. Losing control of the barge;

   i. Failing to warn the Plaintiff of the risk of injury created by the Defendant that he encountered before it occurred.

7. As a proximate cause and result of the Defendant's negligence and the

MCDANIEL
• WELLS, P.A.
-ATTORNEYS-
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 932-5950
FAX (870) 932-0919

accident described herein, Plaintiff Gregory Alan Rapert suffered significant injuries and damages and losses including, but not limited to, a head injury with open wound, a fractured femur of his right knee, torn and injured ligaments and other tissues of his right leg and knee, a fractured lumbar vertebrae around the level of L4-5.

8. As a proximate cause and result of the Defendant's negligence and the accident described herein, Plaintiff Gregory Alan Rapert has incurred past medical expenses for medical treatment of the bodily injuries he suffered and he may need future medical treatment and incur future medical expenses.

9. As a proximate cause and result of the Defendant's negligence and the accident described herein, Plaintiff Gregory Alan Rapert has lost past wages and past earnings and income, and may suffer loss of future earnings and income and loss of future earning capacity.

10. As a proximate cause and result of the Defendant's negligence and the accident described herein, Plaintiff Gregory Alan Rapert, has suffered physical, mental and emotional pain and suffering, loss of enjoyment of life, permanent partial disability, and will suffer such damages in the future.

11. The Plaintiff, Gregory Alan Rapert, should have and recover monetary judgment against the Defendant, Wepfer Marine, Inc., in an amount that exceeds the monetary figure for federal court diversity; however, pursuant to the Savings to Suitors clause, removal of this case from this State Court to a Federal District Court is not allowed by law.

12. The Plaintiff, Gregory Alan Rapert, was not guilty of any contributory negligence or of any comparative fault in causing his injuries, damages or losses.

MCDANIEL
• WELLS, P.A.
-ATTORNEYS-
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 932-5950
FAX (870) 932-0919

13. The Plaintiff, Gregory Alan Rapert, reserves the right to amend and plead further in this cause, as may be deemed necessary.

14. The Plaintiff, Gregory Alan Rapert, requests a jury trial in this case.

WHEREFORE, Plaintiff Gregory Rapert, prays that he have and recover judgment from and against Defendant Wepfer Marine, Inc. in an amount that exceeds the minimum monetary figure for the Federal Court Diversity Jurisdiction for his injuries, damages and losses, for his costs, for pre-judgment judicial interest, and for all other relief allowed by law.

Respectfully submitted,

McDaniel & Wells, P.A.
400 South Main
Jonesboro, AR 72401

_____
Phillip Wells
AR Bar No. 78161
pjwells@mcdanielandwells.com

MCDANIEL
• WELLS, P.A.
-ATTORNEYS-
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 932-5950
FAX (870) 932-0919