IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREGORY ALAN RAPERT                                                                PLAINTIFF

v.                              No. 3:13CV00220 JLH

WEPFER MARINE, INC.                                                                DEFENDANT

## ORDER

Without objection, plaintiff's motion to dismiss the complaint is GRANTED. Document #7.

This action is hereby dismissed in its entirety without prejudice.

IT IS SO ORDERED this 1st day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE